1 AKERMAN SENTERFITT LLP
2 DONALD M. SCOTTEN (CA SBN 190532)
Email: donald.scotten@akerman.com
3 725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
4 Telephone: (213) 688-9500
Facsimile: (213) 627-6342

5 AKERMAN SENTERFITT LLP
6 JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
7 The Kittredge Building
511 Sixteenth Street, Suite 420
8 Denver, Colorado 80202
Telephone: (303) 260-7712
9 Facsimile: (303) 260-7714

10 Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ASHARFUN NISHA HAFIZ,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC., a Business entity, form unknown; AURORA LOAN SERVICES, a business entity, form unknown, QUALITY LOAN SERVICE CORP., business entity, form unknown; and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 3:09-cv-01963-SI<br>Hon. Susan Illston<br><br>**STIPULATION TO CHANGE AND CORRECT CAPTION AND COURT RECORDS; [PROPOSED] ORDER**<br><br>[Local Rule 7-12]<br><br>Complaint Filed: April 27, 2009<br>Complaint Removed: May 5, 2009<br>Trial Date: None |

**TO THE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Ashfaran Nisha Hafiz (**plaintiff**) and defendant Aurora Loan Services LLC (**Aurora**), through their counsel of record, hereby stipulate as follows:

1

**STIPULATION TO CHANGE AND CORRECT CAPTION AND COURT'S RECORDS**

| | |
|---|---|
| 1 | **WHEREAS**, plaintiff filed this action in Contra Costa County Superior Court on |
| 2 | April 27, 2009 and, subsequently, Aurora removed this matter to federal court on May |
| 3 | 5, 2009 based on federal question jurisdiction; |
| 4 | **WHEREAS,** Aurora's notice of removal and initiating documents erroneously |
| 5 | identified the wrong defendants and added an "r" to plaintiff's first name; and |
| 6 | **WHEREAS,** the parties wish to amend the caption of the case and the Court's |
| 7 | records with the correct defendants and the correct first name of the plaintiff to |
| 8 | "Asharfun" from "Arsharfun". |
| 9 | **NOW THEREFORE**, the parties stipulate and agree as follows: |
| 10 | 1.  The plaintiff's first name shall be changed from "Arsharfun" to |
| 11 | "Asharfun"; |
| 12 | 2.  The defendants be changed to MORTGAGEIT, INC., a Business entity, |
| 13 | form unknown; AURORA LOAN SERVICES, a business entity, form unknown, |
| 14 | QUALITY LOAN SERVICE CORP., business entity, form unknown; and all persons |
| 15 | unknown, claiming any legal or equitable right, title, estate, lien or interest in property |
| 16 | described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, |
| 17 | inclusive; |
| 18 | 3.  That the caption on any pleading filed in this matter reflect the corrected |
| 19 | name of plaintiff and the corrected name of all defendants; and |
| 20 | 4.  That Aurora file an amended Certificate of Interested Parties within 10 |
| 21 | days of the Court's order on this stipulation. |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Dated: May 21, 2009 |

Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: */s/ Justin D. Balser*
    Justin D. Balser
Attorneys for Defendant
AURORA LOAN SERVICES LLC


**LAW OFFICES OF MAHESH BAJORIA**

By: */s/ Mahesh Bajoria**
    Mahesh Bajoria
Attorneys for Plaintiff
ASHARFUN NISHA HAFIZ
*\* e-signature approved by plaintiff's counsel via email on May 21, 2009*

3

**STIPULATION TO CHANGE AND CORRECT CAPTION AND COURT'S RECORDS**

**ORDER**

For good cause appearing, the Court grants the parties' stipulation and orders as follows:

1. The plaintiff's first name shall be changed from "Arsharfun" to "Asharfun";

2. The Court's records be changed to reflect the defendants as
   a. MORTGAGEIT, INC., a Business entity, form unknown;
   b. AURORA LOAN SERVICES, a business entity, form unknown,
   c. QUALITY LOAN SERVICE CORP., business entity, form unknown;
   d. and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive;

3. That the caption on any pleading filed in this matter reflect the corrected name of plaintiff and the corrected name of all defendants; and

4. That Aurora file an amended Certificate of Interested Parties within 10 days of the Court's order on this stipulation.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2009

_____
Hon. Susan Illston
United States District Court Judge

4

**STIPULATION TO CHANGE AND CORRECT CAPTION AND COURT'S RECORDS**

**PROOF OF SERVICE BY ECF NOTIFICATION**

STATE OF COLORADO, CITY AND COUNTY OF DENVER

    I am employed in the City and County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

On May 21, 2009, I served the following document(s) described as:

**STIPULATION TO CHANGE AND CORRECT CAPTION AND COURT RECORDS; [PROPOSED] ORDER**

☐     by enclosing the documents in an envelope or package provided by an overnight delivery carrier and addresses to the persons at the addresses as stated below:

Mahesh Bajoria

Law Offices of Mahesh Bajoria

39355 California Street, Suite 310

Fremont, California 94538

☐     BY FEDERAL EXPRESS *

☐     BY EXPRESS MAIL USPS)*

☒     BY ECF-Notification (Plaintiff's counsel has consented to notice via ECF).

    I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐   (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)     I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 21, 2009, at Denver, Colorado.

                                                 */s/ Elizabeth M. Streible*
                                                 Elizabeth M. Streible