MAHESH BAJORIA, ESQ. [SBN 224849]
Law Offices of Mahesh Bajoria
39355 California Street, Suite 310
Fremont, CA 94538
(510) 791-9911 (phone)
(510) 791-9912 (fax)
E-mail: mahesh@bajorialaw.com

Attorneys for Plaintiff
ASHARFUN NISHA HAFIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ASHARFUN NISHA HAFIZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>MORTGAGEIT, INC., a business entity, form unknown; AURORA LOAN SERVICES, a business entity, form unknown, QUALITY LOAN SERVICE CORP., a business entity, form unknown; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>    Defendant(s). | Case No. 3:09-cv-1963-SI<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT MORTGAGEIT, INC.**<br><br>Judge:  Hon. Susan Illston<br><br>Complaint filed:  April 27, 2009<br>Complaint Removed:  May 5, 2009<br><br>Trial Date: None Set |

NOTICE IS HEREBY GIVEN that Plaintiff ASHARFUN NISHA HAFIZ is voluntarily dismissing all claims in the above-captioned action against defendant MortgageIt, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1).  Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment. Pedrina v. Han Kuk Chun, 987 F.2d 608, 609 (9th Cir. 1993).  This dismissal is **without prejudice**.

Dated: June __, 2009

          _____/s/ Mahesh Bajoria_____
             Mahesh Bajoria
          Attorney for Asharfun Nisha Hafiz

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA