UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ASHARFUN HAFIZ<br><br>　　　　Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC., a business entity, form unknown; AURORA LOAN SERVICES, a business entity, form unknown, QUALITY LOAN SERVICE CORP., a business entity, form unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.: 3:09-cv-1963-SI<br>Hon. Susan Illston<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br><br>Complaint Filed: April 27, 2009<br>Trial Date: None |

　　　The Court having considered the parties' stipulation filed on September 3, 2009, and for good cause appearing, the Court orders as follows:

　　　1.　　This matter is hereby remanded from the United States District Court, Northern District of California to the Contra Costa County Superior Court; and

　　　2.　　All pending hearings are hereby taken off-calendar.

　　　IT IS SO ORDERED.

Date: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

{DN008705;1}　　　　　　　　　　　　　1　　　　　　　　　　　　　*Case No.: 3:09-cv-1963-SI*

ORDER REMANDING CASE TO STATE COURT