1  AKERMAN SENTERFITT LLP
   DONALD M. SCOTTEN (CA SBN 190532)
2  Email: donald.scotten@akerman.com
   725 South Figueroa Street, 38th Floor
3  Los Angeles, California 90017-5433
   Telephone: (213) 688-9500
4  Facsimile:  (213) 627-6342

5  AKERMAN SENTERFITT LLP
   JUSTIN D. BALSER (CA SBN 213478)
6  Email: justin.balser@akerman.com
   The Kittredge Building
7  511 Sixteenth Street, Suite 420
   Denver, Colorado 80202
8  Telephone: (303) 260-7712
   Facsimile: (303) 260-7714

9

   Attorneys for Defendant
10 AURORA LOAN SERVICES LLC

11                    UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

13 | ASHARFUN HAFIZ | Case No.: 3:09-cv-1963-SI
14 |                | Hon. Susan Illston
   |         Plaintiff, |
15 | v. | **STIPULATION BETWEEN THE PARTIES TO VOLUNTARILY REMAND MATTER TO STATE COURT**
16 | MORTGAGEIT, INC., a business entity, form unknown; AURORA LOAN SERVICES, a business entity, form unknown, QUALITY LOAN SERVICE CORP., a business entity, form unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive, | Complaint Filed: April 27, 2009
   |                | Trial Date: None
21 |         Defendants. |

25 ///
26 ///
27 ///
28

{DN008703;1}                            1                    Case No.: 3:09-cv-1963-SI
_____
                STIPULATION TO REMAND TO STATE COURT

**TO THE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Asharfun Hafiz (**plaintiff**) and defendants Aurora Loan Services LLC (**Aurora**) and Quality Loan Services Corp. (**Quality**) stipulate as follows:

WHEREAS, plaintiff filed her complaint in the Contra Costa County Superior Court on April 27, 2009;

WHEREAS, Aurora removed the case to federal court based on federal question on May 5, 2009 and Quality consented and joined in the removal on May 27, 2009;

WHEREAS, plaintiff dismissed defendant MortgageIT, Inc. from the action on June 12, 2009;

WHEREAS, plaintiff filed a motion to remand the matter to state court on August 21, 2009; and

WHEREAS, in the interests of reducing costs to the parties in having to brief the motion to remand, the parties stipulate to remanding the case to the Contra Costa County Superior Court.

NOW THEREFORE, the parties agree to the following:

1. That the matter be remanded back to the Contra Costa Superior Court upon the Court's order; and

2. That all pending hearings before this Court be taken off-calendar.

IT IS SO STIPULATED.

Dated: September 3, 2009            Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: /s/ Justin D. Balser
    Justin D. Balser
Attorneys for Defendant
AURORA LOAN SERVICES LLC

Dated: September 3, 2009            **LAW OFFICE OF MAHESH BAJORIA**

By: /s/ Mahesh Bajoria*
    Mahesh Bajoria
Attorneys for Plaintiff
ASHARFUN NISHA HAFIZ
* e-signature and e-filing approved via email dated September 3, 2009

| | | |
|---|---|---|
| 1 | Dated: September 3, 2009 | **MCCARTHY & HOLTHUS, LLP** |
| 2 | | By: */s/ David C. Scott* \* |
| 3 | | David C. Scott<br>Attorneys for Defendant |
| 4 | | QUALITY LOAN SERVICES CORP.<br>*\* e-signature and e-filing approved via email dated* |
| 5 | | *September 1, 2009* |

{DN008703;1}   3   *Case No.: 3:09-cv-1963-SI*

STIPULATION TO REMAND TO STATE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ASHARFUN HAFIZ<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC., a business entity, form unknown; AURORA LOAN SERVICES, a business entity, form unknown, QUALITY LOAN SERVICE CORP., a business entity, form unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.: 3:09-cv-1963-SI<br>Hon. Susan Illston<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br><br>Complaint Filed: April 27, 2009<br>Trial Date: None |

The Court having considered the parties' stipulation filed on September 3, 2009, and for good cause appearing, the Court orders as follows:

1. This matter is hereby remanded from the United States District Court, Northern District of California to the Contra Costa County Superior Court; and

2. All pending hearings are hereby taken off-calendar.

IT IS SO ORDERED.

Date: _____   _____
Honorable Susan Illston
United States District Court Judge

{DN008705;1}  1  *Case No.: 3:09-cv-1963-SI*

ORDER REMANDING CASE TO STATE COURT